# United States District Court

FILED

SEP 2 8 2005

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

__MIDDLE__ DISTRICT OF _____ALABAMA_____

UNITED STATES OF AMERICA

v.

**ROBERT BARBER**

## CRIMINAL COMPLAINT

CASE NUMBER: 2:05MJ114-CSC

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __September 27, 2005__, in __Montgomery__ county within the __Middle__ District of __Alabama__ defendant(s) did, (Track Statutory Language of Offense)

receive through the U. S. Mail and knowingly and intentionally possess with intent to distribute an excess of 50 grams of methamphetamine, a Schedule II Controlled Substance,

in violation of Title __21__ United States Code, Section(s) __843(b) and 841(a)(1)__ I further state that I am a(n)

__U. S. Postal Inspector__ and that this complaint is based on the following facts:                Official Title

### SEE THE ATTACHED AFFIDAVIT WHICH IS INCORPORATED BY REFERENCE

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

September 28, 2005                                    at    Montgomery, Alabama
_____                      _____
Date                                                  City and State

Charles S. Coody, U.S. Magistrate Judge               _____
Name and Title of Judicial Officer                    Signature of Judicial Officer

## AFFADAVIT

I, James D. Tynan, being duly sworn, hereby depose and say:

1. That I am a duly authorized Postal Inspector with the United States Postal Inspection Service. I am currently assigned to the United States Postal Inspection Service office, Montgomery, AL. I have three years experience enforcing Federal Mail Laws and I am currently participating in investigations relating to the transportation of controlled substances through the U.S. Mail.

2. That on September 27, 2005, U.S. Magistrate Judge Charles S. Coody issued a Search and Seizure Warrant for Express Mail package ED 988720874 US, addressed to Laura DeYoung, 328 Arthur St., Montgomery, AL 36107. Upon execution of the warrant, agents observed that the package contained a deep fryer and inside the deep fryer was a white crystallized substance. The substance weighed approximately one pound and field tested positive for the presence of methamphetamine.

3. That on September 27, 2005, the package was reconstructed for the purpose of conducting a controlled delivery. A portion of the controlled substance was be put back into the package prior to the controlled delivery. Further, an electronic transmitter was secreted in the package to assist in surveillance.

4. On September 27, 2005, I conducted a controlled delivery of the above mentioned Express Mail package. At 5:50 p.m., a white male accepted the package for delivery and signed the name "Robert Barber". At approximately 6:02 p.m., the electronic transmitter went into alert which indicated somone had opened the package.

5. Upon the beeper alerting, law enforcement officers executed a search warrant on the residence located at 328 Arthur St., Montgomery, AL 36107. DEA Special Agent Neill Thompson was the first officer at the door, which was a glass or clear storm door. Thompson stated that he saw a male, later identified as Robert Barber, aka, "Gator", exit the bedroom which was immediately to the left upon entry into the house. Thompson stated that he identified himself as police and Barber let him into the house.

6. When Thomspon and U. S. Postal Inspector Stephen Mathews entered the room, from which Barber was seen walking out of, Mathews stated that he saw the package sitting on the bed. Mathews stated the package was open and the deep fryer, which was used to hold the drugs, was sitting on the bed; the box and its contents were right beside a loaded Ruger 9 mm pistol.

7. A subsequent search of Barber's bedroom revealed two additional loaded firearms and a large amount of cash; Barber stated that it was approximately $6000. Also discovered in the hall closet was a rifle and shotgun, both of which were loaded. Barber stated that both of these guns were his.

8. Therefore, I believe there is probable cause to arrest Robert Barber for violations of Title 21, United States Code, Section 843(b), Utilizing a communication facility, specifically the U. S. Mail, to receive illegal drugs and Title 21, United States Code, Section 814, Possession with the intent to distribute methampetamine.

_____

J.D. Tynan
United States Postal Inspector

Sworn to and subscribed before me
this 28th day of September, 2005
at Montgomery, Alabama

_____

Charles S. Coody
Chief United States Magistrate Judge