IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| | * | CR. NO.: 2:05MJ114-CSC |
| vs. | * | |
| | * | |
| ROBERT BARBER | * | |
| | * | |
| Defendants. | * | |

<u>**WITNESS LIST**</u>:

**<u>GOVERNMENT</u>**  **<u>DEFENDANT</u>**

1. Stephen Matthews, Postal Inspector      1.   Ron Thweatt, USPTS

Case 2:05-cr-00241-LSC-TFM    Document 9-2    Filed 10/03/2005    Page 2 of 2