# UNITED STATES DISTRICT COURT

MIDDLE _____ DISTRICT OF _____ ALABAMA

UNITED STATES OF AMERICA
V.
ROBERT BARBER

## GOVERNMENT'S EXHIBIT LIST

Case Number: 2:05MJ114-CSC

| PRESIDING JUDGE CHARLES S. COODY | | PLAINTIFF'S ATTORNEY A. CLARK MORRIS | DEFENDANT'S ATTORNEY CHRISTINE FREEMAN |
|---|---|---|---|
| TRIAL DATE (S) PRELIMINARY AND DETENTION HEARING- OCTOBER 3, 2005 | | COURT REPORTER | COURTROOM DEPUTY WANDA STINSON |

| ADMITTED | DATE OFFERED | DATE IDENTIFIED | EXHIBIT NO. | WITNESS | OBJ | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
| YES | 10/3/05 | 10/3/05 | 1 | Stephen Mathews | NO | MAIL PACKAGE POSTAL RECEIPTS |
| YES | 10/30/05 | 10/3/05 | 2 | Stephen Matthews | NO | MAIL PACKAGE POSTAL RECEIPTS |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | EXHIBITS ARE PLACED IN A SEPARATE ENVELOPE |
| | | | | | WITH COURT FILE |



EQ 110137916 US


**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE ®

**Mailing Label**
Label 11-B, March 2004

**Post Office To Addressee**

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt | Time | Employee Signature |
|---|---|---|
| 8/24 Mo. Day | 11:00 ☐ AM ☐ PM | C. Stan S |
| Delivery Attempt Mo. Day | Time ☐ AM ☐ PM | Employee Signature |
| Delivery Date 8/24 Mo. Day | Time 3:05 ☐ AM ☐ PM | Employee Signature |

**CUSTOMER USE ONLY**

**PAYMENT BY ACCOUNT**
Express Mail Corporate Acct. No.

Federal Agency Acct. No. or
Postal Service Acct. No.

**WAIVER OF SIGNATURE** (Domestic Mail Only)
Additional merchandise insurance is void if customer requests waiver of signature. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

**NO DELIVERY**
☐ Weekend ☐ Holiday        Mailer Signature

**ORIGIN (POSTAL SERVICE USE ONLY)**

| PO ZIP Code | Day of Delivery | Postage |
|---|---|---|
| 85021 | ☐ Next ☐ 2nd ☐ 2nd Del. Day | $ 30.40 |
| Date Accepted 8/23/05 | Scheduled Date of Delivery | Return Receipt Fee $ |
| Mo. Day Year | Scheduled Time of Delivery | COD Fee | Insurance Fee |
| Time Accepted 11:20 ☑ AM ☐ PM | ☐ Noon ☐ 3 PM | $ | $ |
| Military | | Total Postage & Fees |
| Flat Rate ☐ or Weight | ☐ 2nd Day ☐ 3rd Day | $ 30.40 |
| 5 lbs. 19 ozs. | Int'l Alpha Country Code | Acceptance Emp. Initials $F$ |

**FROM:** (PLEASE PRINT)   PHONE ( 602 ) 330 - 7198

Suzan Rose
1272 Northern Ave
Phx, AZ        85022

**TO:** (PLEASE PRINT)   PHONE (

Laura DeYoung
328 Arthur St.
Montgomery, AL

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)

3 6 1 0 7 +

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

**FOR PICKUP OR TRACKING**
Visit **www.usps.com**
Call 1-800-222-1811

EMS

JDT 8/29/05

We will redeliver OR you or your agent can pick up your mail at the post office. (Bring this form and proper ID. If your agent will pick up, sign below in item 2, and enter agent's name here:)

1.    a. Check all that apply in section 3;
      b. Sign in section 2 below;
      c. Leave this notice where the carrier can see it.

2. Sign Here to Authorize Redelivery or to Authorize an Agent to Sign for You:

3. ☐ Redeliver (Enter day of week):

(Allow at least two delivery days for redelivery, or call your post office to arrange delivery.)
☐ Leave item at my address

(Specify where to leave. Example: "porch", "side door". This option is not available if box is checked on the front requiring your signature at time of delivery.)
☐ Refused

**CAPITOL HEIGHTS STATION 36107**
2200 MT MEIGS RD (MONTGOMERY)
M-F 9:00 AM - 5:00 PM

PHONE: 1(800)275-8777

**Delivery Section**

| Signature | X [signature] |
|---|---|
| Printed Name | Robert Barber |
| Delivery Address | 328 Arthur St |

**USPS**

PS Form 3849, November 1999 (Reverse)
JDT 8/29/05

5293 0129 6429 8884


**GOVERNMENT EXHIBIT**



ED 988720874 US



**MAIL**

UNITED STATES POSTAL SERVICE ®

**Mailing Label**
Label 11-B, March 2004

**Post Office To Addressee**

**DELIVERY (POSTAL USE ONLY)**

| Delivery Attempt | Time | ☐ AM ☐ PM | Employee Signature |
|---|---|---|---|
| Mo.      Day | | | |
| Delivery Attempt | Time | ☐ AM ☐ PM | Employee Signature |
| Mo.      Day | | | |
| **Delivery Date** 9  Day 27 | Time 5:50 | ☐ AM ☒ PM | Employee Signature *J.D.T* |

**CUSTOMER USE ONLY**

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.

Federal Agency Acct. No. or
Postal Service Acct. No.

☐ NO DELIVERY   ☐ Weekend   ☐ Holiday

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code: 85017

Day of Delivery: ☒ Next ☐ 2nd ☐ 2nd Del. Day

Scheduled Date of Delivery: 9-27

Postage: $ 27.30

Date Accepted: 9-26-05

Scheduled Time of Delivery Month __ Day __

Return Receipt Fee: $

Time Accepted: 2:14 ☐ AM ☒ PM

Scheduled Time of Delivery: ☐ Noon ☒ 3 PM

COD Fee: $ | Insurance Fee: $

Flat Rate ☐ or Weight: 4 lbs. 13 ozs.

Military: ☐ 2nd Day ☐ 3rd Day

Total Postage: $ 27.30

Int'l Alpha Country Code:

Acceptance Emp. Initials: SM

**FROM: (PLEASE PRINT)** PHONE ( )

Suzan Long
2344 Michigan Ave
Phx, AZ

**TO: (PLEASE PRINT)** PHONE ( )

Laura DeYoung
328 Arthur St
Montgomery, AL

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)

3 6 1 0 7 + ☐ ☐ ☐ ☐

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

**FOR PICKUP OR TRACKING**
Visit **www.usps.com**
Call 1-800-222-1811

*EMS*

SPM 9/29/05

We will redeliver OR you or your agent can pick up your mail at the post office. *(Bring this form and proper ID. If your agent will pick up, sign below in item 2, and enter agent's name here):*

1.
   a. Check all that apply in section 3;
   b. Sign in section 2 below;
   c. Leave this notice where the carrier can see it.

**CAPITOL HEIGHTS STATION   36107**
**2260 MT MEIGS RD (MONTGOMERY)**
M-F  9:00 AM - 5:00 PM

**PHONE: 1(800)275-8777**

2. Sign Here to Authorize Redelivery or to Authorize an Agent to Sign for You:

**Delivery Section**

| | | |
|---|---|---|
| Signature | X | *[signature]* |
| Printed Name | | Robert Barbour |
| Delivery Address | | |

3. ☐ Redeliver *(Enter day of week.)*:

*(Allow at least two delivery days for redelivery, or call your post office to arrange delivery.)*
☐ Leave item at my address

*(Specify where to leave. Example: "porch", "side door". This option is not available if box is checked on the front requiring your signature at time of delivery.)*
☐ Refused

**USPS**

SPM 9/29/05

PS Form **3849**, November 1999 *(Reverse)*

5293 0129 6436 8037

JDT 9/27/05


PENGAD-Bayonne, N. J.
GOVERNMENT EXHIBIT
2