IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 2:05-cr-00241-T |
| | ) | |
| ROBERT BARBER | ) | |

## ORDER TO PRODUCE PRISONER
## FOR ARRAIGNMENT

TO:   United States Marshal and his Deputies:

**ARRAIGNMENT** is hereby set for **October 19, 2005** in the above-styled case.

You are DIRECTED to produce the following named prisoner: **ROBERT BARBER** before the United States District Court at Courtroom 5A, on the 19th day of October, 2005, at 10:00 a.m.

DONE, this the 5th day of October, 2005.

DELORES BOYD
UNITED STATES MAGISTRATE JUDGE

By: _____
Deputy Clerk