IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05-CR-241-T |
| | ) | |
| ROBERT BARBER | ) | |

## **ORDER**

For good cause, it is

**ORDERED** that the pretrial conference set at 11:00 a.m. on November 14, 2005,

(Doc. 17, filed October 21, 2005),  is hereby re-set to **10:00 a.m. on November 16, 2005.**

All other provisions of the Order (Doc. 17), remain in full force and effect.


Done this 3rd day of November, 2005.


**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE