IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05-CR-241-T |
| | ) | |
| ROBERT BARBER | ) | |

**ORDER**

Upon notice of (a) Defendant's November 10, 2005, filing of a motion to continue his trial from the December 5, 2005 trial term, along with his waiver of speedy trial rights, and (b) Defendant's failure to file any pretrial motions by the November 9 deadline, it is, for good cause,

**ORDERED** that the *pretrial conference set at 10:00 a.m. on November 16, 2005. is hereby generally continued to the scheduled pretrial conference docket at 11:00 a.m. on January 9, 2006.*

Done this 14th day of November, 2005.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE