2:05cr241-T

Robert Allen Barber
Federal Annex
PO Box 159
Montgomery, AL. 36101

05 December 2005

Honorable Myron Thompson
United States District Court
Middle District - Northern Division
c/o Debra Hackett US Clerk
15 Lee Street
Montgomery, Alabama 36101

Greetings;

Please be advised that I am unhappy with my attorney's performance on my behalf. Donnie Bethel of Public Defenders is representing me.

I no longer want Mr. Bethel to be my attorney. Please dismiss Mr. Bethel and appoint for me a new attorney on the basis that we have irreconcilable differences.

Thank You,

[signature]