IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05-CR-0241-T |
| | ) | |
| | ) | |
| ROBERT BARBER | ) | |

**O R D E R**

For good cause, it is

**ORDERED** that the defendant's *motion, filed pro se on Dec. 6, 2005, for dismissal of his appointed counsel and appointment of new counsel (Doc. 23 )*, is set for hearing at **10:00 a.m.** on **Tuesday, December 13, 2005**, in District Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex, 1 Church Street, Montgomery, AL 36104.   It is further

**ORDERED** that the clerk provide forthwith to appointed counsel a copy of this *pro se* pleading; that appointed counsel confer with the defendant prior to the scheduled hearing in order to evaluate the reported "irreconcilable differences"; that a copy of this order be sent directly to the defendant; and that the defendant be produced by the United States Marshal for the scheduled hearing.

Done this 7th day of December, 2005.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE