IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:05-cr-241-T |
| | ) | |
| ROBERT BARBER | ) | |

**MOTION TO WITHDRAW PRO SE REQUEST FOR NEW COUNSEL**

COMES NOW the Defendant, Robert Barber, by and through undersigned counsel, Donnie W. Bethel, and respectfully withdraws his request for the appointment of new counsel and moves the Court for an Order canceling the hearing now scheduled to resolve that request. In support of this motion, the Defendant would show the following:

1. Defendant and undersigned counsel have met and discussed Defendant's pro se request.

2. As a result of those discussions, Defendant wishes to continue to have undersigned counsel represent him and does not desire that the Court appoint new counsel.

WHEREFORE, Defendant respectfully requests that his Motion to Withdraw Pro Se Request for New Counsel be granted.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:05-cr-241-T |
| | ) | |
| ROBERT BARBER | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: A. Clark Morris, Esq., Assistant U. S. Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49