IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05-CR-0241-T |
| | ) | |
| | ) | |
| ROBERT BARBER | ) | |

### ORDER ON MOTIONS

For the good cause presented by appointed counsel in Defendant's *Motion to Withdraw Pro Se Request for New Counsel* (Doc. 25, filed December 8, 2005), it is

**ORDERED** that the *Motion* is **GRANTED**. Accordingly, the *pro se* motion filed December 6 (Doc.23) is DENIED AS MOOT and the hearing scheduled thereon for 10:00 a.m. on December 13 is hereby CANCELLED.

Done this 8TH day of December, 2005.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE