IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05-cr-241-C |
| | ) | |
| ROBERT BARBER | ) | |

<u>ORDER</u>

Upon consideration of the government's motion for release of prisoner filed December 28, 2005, and for good cause, it is ORDERED that the motion be and hereby is GRANTED.

It is hereby ORDERED that the United States Marshals Service release custody of ROBERT BARBER, to Special Agents Stephen Matthews and/or Jim Tynan, US Postal Inspectors, on December 29, 2005, through May 1, 2006, so that said agents can take such prisoner into custody for the purpose of transporting him to the Office of the United States Attorney without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Agents Stephen Matthews and/or Jim Tynan return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done this the _____ day of December, 2005.

_____
UNITED STATES MAGISTRATE JUDGE