# MINUTES
## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA
☒ Northern   ☐ Southern   ☐ Eastern

HON. Delores R. Boyd     AT Montgomery, Alabama
DATE COMMENCED 1-9-2006   @ 11:28   ☒ a.m. ☐ p.m
DATE COMPLETED 1-9-2006   @ 11:30   ☒ a.m. ☐ p.m

CASE NO. 2:05cr241-LSC

UNITED STATES OF AMERICA     VS.     ROBERT BARBER
Plaintiff(s)                         Defendant(s)

## APPEARANCES

**Plaintiff(s)/Government**
Clark Morris

**Defendant(s)**
~~Donnie Bethel~~ Freeman

### COURT OFFICIALS PRESENT:
Ctrm Clerk: S. Q. Long, Jr.     Crt Rptr: _____
Law Clerk: _____              Interpreter: _____
USPO/USPTS: _____             Other: _____

### PROCEEDINGS:
☐ Motion Hearing: _____
☐ Status Conference    ☐ Oral Argument         ☐ Evidentiary Hrg.
☐ Revocation           ☐ Scheduling Conf.      ☐ Show Cause
☐ Settlement Conference ☐ Telephone Conf.      ☐ Sentencing
☐ Non-Jury Trial       ☐ Revocation/Prtrl/SupvRel/Prob
☐ Other _____

☒ **Pretrial Conference**
Pending Motions: None
Discovery Status: Complete    Plea Status: Prob
Trial Status/Length: 2 Days   Trial Term: 2-13-06