COURTROOM DEPUTY'S MINUTES    DATE: 2-3-2006
MIDDLE DISTRICT OF ALABAMA    DIGITAL RECORDING: 3:31—3:5 pm
                              COURT REPORTER: Risa Entrekin

☐ ARRAIGNMENT           ☑ CHANGE OF PLEA         ☐ CONSENT PLEA
☐ RULE 44(c) HEARING    ☐ SENTENCING

PRESIDING MAG. JUDGE: DRB       DEPUTY CLERK: sql
CASE NUMBER: 2:05CR241-LSC      DEFENDANT NAME: ROBERT BARKER
AUSA: Morris                    DEFENDANT ATTORNEY: Donnie Bethel
                                Type counsel ( )Waived; ( )Retained; ( )CJA; (✓)FPD
                                ( ) appointed at arraignment; ( ) standing in for: _____
PTSO/USPO:
Interpreter present? (✓)NO; ( )YES    Name:

☐ This is defendant's FIRST APPEARANCE.
☐ Financial Affidavit executed. ORAL MOTION for appointment of Counsel.
☐ ORAL ORDER appointing Federal Public Defender. Notice of Appearance to be filed.
☐ WAIVER OF INDICTMENT executed and filed.
☐ INFORMATION filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
PLEA:    ☐ Not Guilty
         ☑ Guilty as to:
              ☑ Count(s): 1, 2, 3
              ☐ Count(s): _____        ☐ dismissed on oral motion of USA
                                        ☐ to be dismissed at sentencing
☐ Written plea agreement filed    ☐ ORDERED SEALED
☑ ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts 1,2,3.
☐ CRIMINAL TERM:          ☐ WAIVER OF SPEEDY TRIAL filed.
              DISCOVERY DISCLOSURE DATE:
☐ ORDER: Defendant continued under ☐ same bond; ☐ summons; for:
         ☐ Trial on _____; ☐ Sentencing on _____
☑ ORDER: Defendant remanded to custody of U.S. Marshal for:
         ☐ Trial on _____; or ☑ Sentencing on _____
☐ Rule 44 Hearing: ☐ Waiver of Conflict of Interest Form executed
                   ☐ Defendant requests time to secure new counsel