IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr241-C |
| | ) | |
| ROBERT BARBER a/k/a "GATOR" | ) | |

UNITED STATES OF AMERICA'S MOTION
FOR A PRELIMINARY ORDER OF FORFEITURE

The United States of America (United States), by its undersigned counsel, requests this Honorable Court to enter the attached Preliminary Order of Forfeiture and make entry of said Order part of its oral pronouncement of sentence. The United States further requests that entry of this Order be noted on the written Judgment in a Criminal Case.

Defense counsel consents to entry of the Preliminary Order of Forfeiture.

Respectfully submitted this 8th day of March, 2006.

FOR THE UNITED STATES ATTORNEY
LEURA G. CANARY

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Bar Number: 7068-II58J
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone:(334) 223-7280
Facsimile:(334) 223-7560

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 8, 2006, I electronically filed the foregoing Motion and Proposed Preliminary Order of Forfeiture with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Donnie Bethel** and **Clark Morris**.

           Respectfully submitted,

           /s/John T. Harmon
           John T. Harmon
           Assistant United States Attorney
           Office of the United States Attorney
           Middle District of Alabama
           One Court Square, Suite 201
           Montgomery, Alabama 36104
           Telephone:(334) 223-7280
           Facsimile:(334) 223-7135
           E-mail: tommie.hardwick@usdoj.gov