IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )  | |
| ) | |
| v.                        ) | CR. NO. 2:05cr241-C |
| ) | |
| ROBERT BARBER a/k/a "GATOR" ) | |

## MOTION FOR FORFEITURE HEARING

The United States of America (United States), by and through Leura G. Canary, United States Attorney, Middle District of Alabama, hereby moves this Honorable Court to schedule a forfeiture hearing prior to sentencing and submits the following:

On February 3, 2006, a plea agreement was filed in this matter. The plea agreement, however, did not address forfeiture of the currency and weapons named in the forfeiture allegation of the indictment.

Based on the above, the United States moves this Court to conduct a forfeiture hearing prior to sentencing of the Defendant now scheduled for April 26, 2005.

Respectfully submitted this the 24th day of February, 2006.

FOR THE UNITED STATES ATTORNEY
LEURA G. CANARY

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Bar Number: 7068-II58J
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone:(334) 223-7280
Facsimile:(334) 223-7560

**MOTION DENIED AS MOOT**

THIS __10th__ DAY OF __March__, 20 __06__

__/s/ L. Scott Coogler__

**UNITED STATES DISTRICT JUDGE**