UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA ] | |
| ] | |
| vs.                       ] | 2:05-cr-241-LSC |
| ] | |
| ROBERT BARBER              ] | |

**O R D E R**

This defendant, presently set for sentencing on April 26, 2006, at 2:45 p.m., is <u>RESCHEDULED for 10:30 a.m. on the same date</u> in Courtroom 2-D in the Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this <u>28</u>th day of <u>March 2006</u>.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
124019