IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 2:05-cr-241-LSC |
| | ) | |
| ROBERT BARBER, a/k/a "GATOR" | ) | |
| | ) | |

**GOVERNMENT'S MOTION FOR DOWNWARD DEPARTURE
AND CERTIFICATION OF SUBSTANTIAL ASSISTANCE
PURSUANT TO § 5K1.1, UNITED STATES SENTENCING GUIDELINES**

**COMES NOW** the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and files the above-captioned motion, and as reasons therefore, submits the following:

1. On the 3rd day of February, 2006, Defendant entered a plea of guilty to an indictment charging a violation of Title 21, United States Code, Section 841(a)(1) (Possession with the Intent to Distribute a Controlled Substance); Title 21, United States Code, Section 843(b) (Unlawful Use of Communication Facility in Commission of Drug Offense); and Title 18, United States Code, Section 924(c)(Possession of Firearm in Relation to Drug Offense).

2. In the plea agreement, the Defendant agreed to cooperate with the Government in subsequent investigations as necessary and to waive his rights to appeal or to seek further relief under the provisions of Title 28, United States Code, Section 2255.

3. Defendant met with United States Postal Inspector Stephen Mathews and submitted to an interview. During such meeting, the defendant was interviewed regarding his knowledge of drug trafficking in the Montgomery, Alabama area. Defendant gave

Inspector Mathews information regarding his source of supply for his methamphetamine. Moreover, Defendant told the agents to whom he was selling drugs prior to his arrest. Several of the individuals to whom the defendant was selling drugs were under investigation by the High Intensity Drug Trafficking Area Task Force.

4.   Defendant has agreed to testify against those people about whom he gave the federal government information.

5.  The Government is, therefore, satisfied that the Defendant is entitled to be considered for a reduction of sentence under U.S.S.G. § 5K1.1 and Title 18, U.S.C. § 3553(e), and moves this Court to reduce the applicable sentencing guideline offense level by three levels.

Respectfully submitted this the 20th day of April, 2006.

LEURA G. CANARY
UNITED STATES ATTORNEY


s/A. Clark Morris
A. CLARK MORRIS
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: clark. morris@usdoj.gov
ASB-1613-N77A

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 2:05-cr-241-LSC |
| | ) | |
| ROBERT BARBER, a/k/a "GATOR" | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Donnie Wayne Bethel, Esquire.

LEURA G. CANARY
UNITED STATES ATTORNEY

s/ A. Clark Morris
A. CLARK MORRIS
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
E-mail: clark.morris@usdoj.gov