# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 2:05cr241-C |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| ROBERT BARBER | NOTICE OF FORFEITURE |

RECEIVED 2006 MAY 15 A 11:27 UNITED... MARSHAL...

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
MONTGOMERY ADVERTISER

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)
POST OFFICE BOX 1000 - MONTGOMERY, ALABAMA 36101-1000

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

John T. Harmon
United States Attorney's Office
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case:
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

CATS # 05-USP-001319 -- 05-USP-001320 -- 05-USP-001323 -- 05-USP-001324

PUBLISH ONCE WEEKLY FOR THREE CONSECUTIVE WEEKS.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: (334) 223-7280
DATE: 05/12/06

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process No. | District of Origin No. 2 | District to Serve No. 2 | Signature of Authorized USMS Deputy or Clerk: K. Chavers | Date: 5/15/06 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above).

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 7/20/06
Time: 10:15 am

Signature of U.S. Marshal or Deputy: K. Chavers

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or Amount or Refund |
|---|---|---|---|---|---|
| 45.00 | | $8.00 | 53.00 | | |

REMARKS: 5/24/06 C.M. # 7001 1140 0001 8579 7025
To be published 5/31, 6/7, 6/14/06
7/20/06 paid invoice

RETURNED AND FILED
JUL 20 2006
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

PRIOR EDITIONS MAY BE USED

FORM USM 285 (Rev. 12/15/80)

# ADVERTISING ORDER

| | ORDER NUMBER Robert Barber |
|---|---|
| DEPARTMENT OR ESTABLISHMENT, BUREAU OR OFFICE<br>U. S. Marshals Service | DATE 05/23/2006 |

The publisher of the publication named below is authorized to publish the enclosed advertisement according to the schedule below provided the rates are not in excess of the commercial rates charged to private individuals with the usual discounts. It is to be set solid, without paragraphing, and without and display in the heading unless otherwise expressly authorized in the specifications.

NAME OF THE PUBLICATION ADVERTISED IN
Notice of Forfeiture

| SUBJECT OF ADVERTISEMENT<br>Notice of Forfeiture | EDITION OF PAPER ADVERTISEMENT APPEARED |
|---|---|
| NUMBER OF TIMES ADVERTISEMENT APPEARED<br>3 | DATE(s) ADVERTISEMENT APPEARED<br>May 31, June 7, June 14, 2006 |

SPECIFICATIONS FOR ADVERTISEMENT

COPY FOR ADVERTISEMENT

**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION**

UNITED STATES OF AMERICA
v.
ROBERT BARBER
a/k/a "GATOR"

CR. NO. 2:05cr241-C

**NOTICE OF FORFEITURE**

Notice is hereby given that on March 9, 2006, in the case of United States v. Robert Barber a/k/a "Gator", Cr. No. 2:05cr241-C, the United States District Court for the Middle District of Alabama entered a Preliminary Order of Forfeiture condemning and forfeiting the following listed properties:

Six Thousand Dollars ($6,000.00) in United States currency seized on September 27, 2005 from Robert Barber.

One Ruger P89, 9mm pistol, serial number 307-04904;

One Derringer .22 caliber pistol, serial number 726880; and,

One Ruger "Ranch Rifle", .223 caliber semi-automatic assault rifle, serial number 188-65741.

The foregoing Preliminary Order of Forfeiture having been entered, the United States hereby gives notice of its intention to dispose of the above listed properties in such manner as the Attorney General of the United States may direct. Any persons or entities, other that the defendants named above, having or claiming a legal right, title or interest in any of the aforementioned properties must, within thirty (30) days of the final publication of this notice or actual receipt thereof, whichever is earlier, petition the United States District Court for the Middle District of Alabama for a hearing to adjudicate the validity of his/her alleged interest in the properties pursuant to Title 21, United States Code, Section 853(n). If a hearing is requested, it shall be held before the Court alone, without a jury. Claimants will bear the burden of proof in all such cases. Petitions that fail to allege an interest sufficient to maintain a claim under Section 853(n) shall be subject to dismissal without a hearing.

The petition shall be signed by the petitioner under penalty of perjury and shall identify the particular property or properties in which the petitioner claims a legal right, title or interest; the nature and extent of the such right, title or interest in each property; the time and circumstances of the petitioner's acquisition of the right, title and interest in each property; and any additional facts and documents supporting the petitioner's claim and the relief sought. See Title 21, United States Code, Section 853(n)(3). Corporate persons may only file claims if represented by counsel.

A hearing on the petition shall, to the extent practicable and consistent with the interests of justice, be held within thirty (30) days of the filing of the petition. The Court may consolidate the hearing on the petition with a hearing on any other petition filed by a person other than any of the defendants named above. The petitioner may testify and present evidence and witnesses on his own behalf and cross-examine witnesses who appear at the hearing.

Your petition must be filed with the Office of the Clerk, United States District Court for the Middle District of Alabama, 15 Lee Street, Montgomery, Alabama, 36104, with a copy thereof sent to:
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
One Court Square,
Suite 201 (36104),
Post Office Box 197
Montgomery, Alabama 36101-0197
(334) 223-7280.

IF YOU FAIL TO FILE A PETITION TO ASSERT YOUR RIGHT, TITLE OR INTEREST IN THE ABOVE-DESCRIBED PROPERTY, WITHIN THIRTY (30) DAYS OF THIS NOTICE, OR WITHIN THIRTY (30) DAYS OF THE LAST PUBLICATION OF THIS NOTICE, WHICHEVER IS EARLIER, YOUR RIGHT, TITLE AND INTEREST IN THIS PROPERTY SHALL BE LOST AND FORFEITED TO THE UNITED STATES. THE UNITED STATES THEN SHALL HAVE CLEAR TITLE TO THE PROPERTY HEREIN DESCRIBED AND MAY WARRANT GOOD TITLE TO ANY SUBSEQUENT PURCHASER OR TRANSFEREE.

JESSE SEROYER, JR.
UNITED STATES MARSHAL
MIDDLE DISTRICT
OF ALABAMA

Mont. Adv. 5/31, 6/7, 6/14/2006

678942

TITLE
U. S. Marshal

**INSTRUCTIONS TO PUBLISHERS**

Extreme care should be taken that the type used for the advertisement be set other than solid be specifications for advertising to be set solid since no allowance will be made for paragraphing or prominent headings, unless specifically ordered, or for type other than that specified. Specifications or copy submitted to the publisher.

The following is a sample of the usual Government requirement; set up in accordance with specifications for advertising to be set solid since no allowance will be made for paragraphing or prominent headings, unless specifically ordered by the use of type other than solid and the advertisement the voucher.

Your bill for this advertising order should be submitted on the "Voucher for Advertising" form, which is printed on the reverse side of the last publication of the advertisement. If voucher is not available, complete the affidavit provided and a copy of the printed advertisement to:

▶ U.S.M.S. One Church St. Ste A

**IMPORTANT**
Charges for advertising when a cut, matrix, stereotype, or electrotype is furnished will be based on actual space used for shrinkage.

In no case shall the advertisement extend beyond the date and edition stated in this order.

*Betty Dennis*
6-20-06
My commission expires 11/05/20__

AUTH
NUMBER 3
DATE
SIGNATURE OF AUTH

DEPART
TRAFFIC, D.C. ____ lested for first spring 1966 cement concrete repair contract, including incidental work, Washington, D.C. Invitation No. C-5576-H, consist-ing of 11,000 sq. yds. PCC Class BB sidewalk repair and 2,000 cu. yds. PCC Class A pavement, alley, & driveway repair, both cut repairs only. Bidding ma- terial available from the Procurement Officer, D.C. Sealed bids to be opened in the Procurement Office at 8:00 p.m. November 15, 1965.

icher for
ly after
nent are
/oucher

6104

e