```
         IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF ALABAMA
                   NORTHERN DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr241-C |
| | ) | |
| ROBERT BARBER a/k/a "GATOR" | ) | |

<u>UNITED STATES OF AMERICA'S MOTION FOR A</u>
<u>FINAL ORDER OF FORFEITURE REGARDING FIREARMS</u>

The United States of America (United States), by its undersigned counsel, respectfully submits its Motion for a Final Order of Forfeiture regarding the firearms in the above-entitled case and states as follows:

On March 10, 2006, this Court entered a Preliminary Order of Forfeiture ordering defendant Robert Barber a/k/a "Gator" to forfeit the following firearms to the United States:

**One Ruger P89, 9mm Pistol, serial number 307-04904;**

**One Derringer .22 caliber pistol, serial number 726880; and,**

**One Ruger "Ranch Rifle", .223 caliber semi-automatic assault rifle, serial number 188-65741.**

Notice of this forfeiture and of the intent of the United States to dispose of the firearms in accordance with the law as specified in the Preliminary Order of Forfeiture, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the firearms was published in the <u>Montgomery Advertiser</u> newspaper on May 31, June 7 and 14, 2006; and,

No petitions of interest were filed within that thirty-day period. Therefore, any third-party interests are barred by failure of those parties to file a timely petition.

Accordingly, the United States respectfully requests that this Court enter a Final Order of Forfeiture as proposed in the attached Order.

Respectfully submitted this 24th day of July, 2006.

                FOR THE UNITED STATES ATTORNEY
                    LEURA G. CANARY


                /s/John T. Harmon
                John T. Harmon
                Assistant United States Attorney
                Bar Number: 7068-II58J
                Office of the United States Attorney
                Middle District of Alabama
                One Court Square, Suite 201 (36104)
                Post Office Box 197
                Montgomery, Alabama 36101-0197
                Telephone:(334) 223-7280
                Facsimile:(334) 223-7560
                E-mail: John.Harmon@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2006, I electronically filed the foregoing Motion for a Final Order of Forfeiture Regarding Firearms and Proposed Order of Forfeiture with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **A. Clark Morris, Donnie Bethel** and **Keith Rodgers**.

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Bar Number: 7068-II58J
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov