IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr241-LSC |
| | ) | |
| ROBERT BARBER a/k/a "GATOR" | ) | |

FINAL ORDER OF FORFEITURE REGARDING FIREARMS

WHEREAS, on March 10, 2006, this Court entered a Preliminary Order of Forfeiture, ordering defendant Robert Barber a/k/a "Gator" to forfeit:

**One Ruger P89, 9mm Pistol, serial number 307-04904;**

**One Derringer .22 caliber pistol, serial number 726880; and,**

**One Ruger "Ranch Rifle", .223 caliber semi-automatic assault rifle, serial number 188-65741.**

The United States caused to be published in the Montgomery Advertiser newspaper notice of this forfeiture and of the intent of the United States to dispose of the firearms in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the firearms;

No timely petition has been filed; and,

The Court finds that defendant Robert Barber a/k/a "Gator" had an interest in the firearms that are subject to forfeiture pursuant to Title 21, United States Code, Section 853; Title 18, United

States Code, Section 924; and Title 28, United States Code, Section 2461(c). The United States has established requisite nexus between such in the commission of the violation of Title 18, United States Code, Section 924(c)(1).

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The following firearms are hereby forfeited to the United States of America pursuant to Title 21, United States Code, Section 853; Title 18, United States Code, Section 924; and Title 28, United States Code, Section 2461(c):

**One Ruger P89, 9mm Pistol, serial number 307-04904;**

**One Derringer .22 caliber pistol, serial number 726880;**

**and,**

**One Ruger "Ranch Rifle", .223 caliber semi-automatic assault rifle, serial number 188-65741.**

2. All right, title and interest to the firearms is hereby condemned, forfeited and vested in the United States of America to be disposed of according to law; and,

3. The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and,

4. The Clerk of the Court shall forward two certified copies of this Order to the United States Attorney's Office.

Done this 27th day of July 2006.

                                            _____
                                                L. SCOTT COOGLER
                                      UNITED STATES DISTRICT JUDGE
                                                        124019