Judgment--Page 2 of 6

Defendant: ROBERT BARBER
Case Number: 2:05-CR-241-LSC

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of ONE HUNDRED THIRTY EIGHT (138) months. This sentence consists of terms of 78 months on count one and 48 months on count two, to be served concurrently, and a term of 60 months on count three, to be served consecutively to the terms imposed on counts one and two.

The Court recommends to the Bureau of Prisons that the defendant be evaluated and allowed to participate in the Intensive Residential Substance Abuse Treatment (500 hour program) and be housed as close as possible to his family in Zellwood, FL.

The defendant is remanded to the custody of the United States Marshal.

RETURNED AND FILED

SEP 20 2006

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

**RETURN**

I have executed this Judgment as follows:

_____
_____
_____

Defendant delivered on 9/13/06 to FPC at Pensacola FL, with a certified copy of this Judgment.

Scott P Fisher Warden
United States Marshal

By _____
Deputy Marshal