## UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT
Clerk

TELEPHONE:
334 954-3600

November 22, 2006

## *NOTICE OF DEFICIENCY*

TO:         Attorney Joseph Keith Rodgers

FROM:       Sheila Carnes
            Senior Courtroom Deputy

SUBJECT:    United States of America v Robert Barber, 2:05cr241-LSC

Numerous attempts, by telephone and email, have been made to reach you regarding the Petition to Adjudicate Interest in Confiscated Property filed in this case on July 5, 2006. This document violates the Court's General Order Implementing Requirements of the E-Government Act (General Order No. 2:04-mc-3228) which directs parties to refrain from including certain personal data in pleadings filed with the court, or to redact that information where inclusion is necessary.