IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.    )<br>)   Cr. No.  2:05cr241-LSC<br>ROBERT BARBER,    )<br>a/k/a/ "GATOR"    ) | |

MOTION FOR REDUCTION IN SENTENCE

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, pursuant to Rule 35(b) *Federal Rules of Criminal Procedure*, and respectfully requests that the sentence imposed on Defendant Robert Barber, a.k.a. "GATOR" be reduced for the following reasons:

1. On April 26, 2006, Defendant Barber was sentenced by this Court to the custody of the Bureau of Prisons to be imprisoned for a term of 138 months.  Barber was convicted of Possession with the Intent to Distribute Methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1); Use of the Mail to Facilitate a Controlled Substance, in violation of Title 21, United States Code, Section 843(b); and Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of Title 18, United States Code, Section 924(c).

2. The United States herein states that since being sentenced, Barber has made a good faith effort to provide substantial assistance in the investigation and prosecution of other persons who have committed criminal offenses in the Middle District of Alabama and elsewhere.  The nature and extent of Barber's assistance was as follows: he agreed to and was debriefed by law enforcement officers; during such interview, he provided them with

intelligence information about his own involvement, as well as the involvement of others, in the trafficking of controlled substances in this district; he agreed to testify as a witness in the trial and the sentencing hearing in *United States v. Crystal Bazzell,* case number 2:05-CR-294-MHT. Bazzell pleaded guilty. Prior to the sentencing hearing, Bazzell contested the amount of methamphetamine that was being attributed to her. However, at the sentencing hearing, Barber and others were available to testify regarding the amount of methamphetamine attributable to Bazzell. While Barber was not used in Bazzell's sentencing hearing, his information and agreement to testify at such hearing provided a reason for Bazzell to withdraw her objections to the amount of methamphetamine attributable to her.

3. The United States submits that Barber has been truthful with the United States and to the law enforcement officers that he has been assisting.

Wherefore, premises considered, the United States moves this Honorable Court to reduce Barbers's Sentencing Guideline Offense level by two levels.

Respectfully submitted this the 4th day of December, 2006.

>LEURA G. CANARY
>UNITED STATES ATTORNEY
>
>s/ A. Clark Morris
>A. CLARK MORRIS
>Assistant United States Attorney
>One Court Square, Suite 201
>Montgomery, Alabama 36104
>Telephone: (334) 223-7280
>Fax: (334) 223-7135
>E-mail: clark.morris@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Cr. No. 2:05cr241-LSC |
| ROBERT BARBER, ) | |
| a/k/a/ "GATOR" ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Donnie Wayne Bethel.

      LEURA G. CANARY
      UNITED STATES ATTORNEY

      s/ A. Clark Morris
      A. CLARK MORRIS
      Assistant United States Attorney
      One Court Square, Suite 201
      Montgomery, Alabama 36104
      Telephone: (334) 223-7280
      Fax: (334) 223-7135
      E-mail: clark.morris@usdoj.gov