IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Cr. No.  2:05cr241-LSC |
| ROBERT BARBER, ) | |
| a/k/a/ "GATOR" ) | |

**ORDER**

Based on the Government's Motion for a Reduction in Sentence pursuant to Rule 35(b), (Doc.# 59), and for good cause shown, such motion hereby is GRANTED.

It is ORDERED that the defendant's sentence be reduced by 24 months and that the defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 114 months.

Done this <u>18th</u> day of <u>December 2006</u>.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
124153