IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr241-LSC |
| | ) | |
| ROBERT BARBER a/k/a "GATOR" | ) | |

<u>MOTION FOR HEARING</u>

The United States of America (United States), by and through Leura G. Canary, United States Attorney, Middle District of Alabama, hereby moves this Honorable Court to schedule a hearing and submits the following:

On March 10, 2006, this Court entered a Preliminary Order of Forfeiture ordering defendant to forfeit his interest in the following property:

> **Six Thousand Dollars ($6,000.00) in United States currency seized on September 27, 2005 from Robert Barber;**
>
> **One Ruger P89, 9mm pistol, serial number 307-04904;**
>
> **One Derringer .22 caliber pistol, serial number 726880; and,**
>
> **One Ruger "Ranch Rifle", .223 caliber semi-automatic assault rifle, serial number 188-65741.**

Notice of the forfeiture was published in the <u>Montgomery Advertiser</u> newspaper on May 31, June 7 and 14, 2006. The Notice notified all third parties of their right to petition the Court for a hearing to adjudicate the validity of their alleged interest in the property;

On July 5, 2006, Jason Westergaard filed a third party petition claiming ownership of the Six Thousand Dollars ($6,000.00) in United States currency seized from defendant on September 27, 2005.

The defendant was sentenced on April 26, 2006;

A Final Order of Forfeiture as to the firearms was entered on July 27, 2006;

Based on the above, the United States moves the Court to schedule a hearing on this petition and allow discovery on Jason Westergaard's petition.

Respectfully submitted this the 15th day of February, 2007.

                              FOR THE UNITED STATES ATTORNEY
                              LEURA G. CANARY

                              /s/John T. Harmon
                              John T. Harmon
                              Assistant United States Attorney
                              Bar Number: 7068-II58J
                              Office of the United States Attorney
                              Middle District of Alabama
                              One Court Square, Suite 201
                              Montgomery, Alabama 36104
                              Telephone:(334) 223-7280
                              Facsimile:(334) 223-7560

CERTIFICATE OF SERVICE

    I hereby certify that on February 15, 2007, I electronically filed the foregoing Motion for Hearing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **A. Clark Morris** and **Joseph Keith Rodgers**.

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney