IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr241-LSC |
| | ) | |
| ROBERT BARBER a/k/a "GATOR" | ) | |

## MOTION FOR HEARING

The United States of America (United States), by and through Leura G. Canary, United States Attorney, Middle District of Alabama, hereby moves this Honorable Court to schedule a hearing and submits the following:

On March 10, 2006, this Court entered a Preliminary Order of Forfeiture ordering defendant to forfeit his interest in the following property:

> **Six Thousand Dollars ($6,000.00) in United States currency seized on September 27, 2005 from Robert Barber;**
>
> **One Ruger P89, 9mm pistol, serial number 307-04904;**
>
> **One Derringer .22 caliber pistol, serial number 726880; and,**
>
> **One Ruger "Ranch Rifle", .223 caliber semi-automatic assault rifle, serial number 188-65741.**

Notice of the forfeiture was published in the Montgomery Advertiser newspaper on May 31, June 7 and 14, 2006. The Notice notified all third parties of their right to petition the Court for a hearing to adjudicate the validity of their alleged interest in the property;

## MOTION GRANTED

THIS _27th_ DAY OF _February_ , 20 _07_

_L. SCOTT COOGLER_
**UNITED STATES DISTRICT JUDGE**