# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA | ] |
| | ] |
| vs. | ]  2:05-CR-241-LSC |
| | ] |
| ROBERT BARBER | ] |

## ORDER

Presently pending before the court is a Petition (Motion) to Adjudicate Interest in Confiscated Property involving Jason Westergaard (doc. 49). The court will hear arguments on the motion at 10:30 a.m. on Thursday, March 22, 2007, in Courtroom 2D, Frank M. Johnson U. S. Courthouse Complex, Montgomery, Alabama,

Done this 27th day of February 2007.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
124019