```
            IN THE DISTRICT COURT OF THE UNITED STATES
              FOR THE MIDDLE DISTRICT OF ALABAMA
                        NORTHERN DIVISION

UNITED STATES OF AMERICA       )
                               )
v.                             )       CR. NO. 2:05cr241-LSC
                               )
ROBERT BARBER a/k/a "GATOR"    )
```

<u>UNITED STATES OF AMERICA'S MOTION</u>
<u>FOR A FINAL ORDER OF FORFEITURE</u>

The United States of America, by its undersigned counsel, respectfully submits its Motion for a Final Order of Forfeiture in the above-entitled case and states as follows:

On March 9, 2006, this Court entered a Preliminary Order of Forfeiture ordering defendant Robert Barber a/k/a "Gator" to forfeit his interest in the following property to the United States:

> Six Thousand Dollars ($6,000.00) in United
> States currency seized on September 27, 2005
> from Robert Barber.

Notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law as specified in the Preliminary Order of Forfeiture, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property was published in the <u>Montgomery Advertiser</u> newspaper on May 31, June 7 and 14, 2006;

On July 5, 2006, Jason Westergaard filed a petition to adjudicate interest in confiscated property;

On March 22, 2007, a hearing was held on the petition. The Court issued an oral order finding that Jason Westergaard had not carried his burden of proof and ordered that the currency be forfeited to the United States.

No other person has filed a petition of interest within the required thirty-day period. Therefore, any other third-party interests are barred by failure of those parties to file a timely petition. Accordingly, the United States respectfully requests that this Court enter a Final Order of Forfeiture.

Respectfully submitted this 23rd day of March, 2007.

FOR THE UNITED STATES ATTORNEY
LEURA G. CANARY

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Bar Number: 7068-II58J
Office of the United States Attorney
Middle District of Alabama
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280

CERTIFICATE OF SERVICE

    I hereby certify that on March 23, 2007, I electronically filed the foregoing Motion for Final Order of Forfeiture with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Joseph Keith Rodgers**.

    /s/John T. Harmon  
    John T. Harmon  
    Assistant United States Attorney