IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr241-LSC |
| | ) | |
| ROBERT BARBER a/k/a "GATOR" | ) | |

<u>FINAL ORDER OF FORFEITURE</u>

This Court entered a Preliminary Order of Forfeiture on March 9, 2006, ordering defendant Robert Barber a/k/a "Gator" to forfeit his interest in the following property to the United States:

> Six Thousand Dollars ($6,000.00) in United States currency seized on September 27, 2005 from Robert Barber.

Notice of the Preliminary Order of Forfeiture was given by publication on May 31, June 7 and 14, 2006 in the <u>Montgomery Advertiser</u>.

On July 5, 2006, Jason Westergaard petitioned the Court for a hearing to adjudicate the validity of his alleged interest in said property.

On March 22, 2007, a hearing was held on the petition. The Court issued an oral order finding that Jason Westergaard had not carried his burden of proof and the property was to be forfeited to the United States.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1.  The following property is hereby forfeited to the United States of America pursuant to Title 21, United States Code, Section 853:

        _____Six Thousand Dollars ($6,000.00) in United States currency seized on September 27, 2005 from Robert Barber.

2.    All right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law;

3.    The Court shall retain jurisdiction to enter any orders necessary to amend or enforce this order; and,

4.    The Clerk of the Court shall forward two certified copies of this Order to the United States Attorney's Office.

SO ORDERED this the ____ day of March, 2007.

_____
UNITED STATES DISTRICT JUDGE